**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

WANDA GLASS,

     Plaintiff,

v.                                    Civil Action No. 3:12cv672

CAROLYN W. COLVIN,
Commissioner of Social
Security,

     Defendant.


**FINAL ORDER**

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on September 3, 2013 (Docket No. 19).  The time to file objections has expired and neither party has objected to the Magistrate Judge's Report and Recommendation.  Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

    (1)   The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court;

    (2)   Plaintiff's Motion for Summary Judgment (Docket No. 13) is DENIED;

    (3)   Plaintiff's Motion to Remand (Docket No. 14) is DENIED;

(4)   Defendant's Motion for Summary Judgment (Docket No. 18) is GRANTED;

(5)   The decision of the Commissioner is AFFIRMED; and

(6)   This case is CLOSED.

The Clerk is directed to a copy of this Final Order to Plaintiff and all counsel of record.

It is so ORDERED.

_____   /s/   _R E P_____
                            Robert E. Payne
                            Senior United States District Judge


Richmond, Virginia
Date:  September 23, 2013

2